No. 79–1434.  MANDEL ET AL. *v.* NEW YORK.  Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument. ▪

No. 79–1513.  DENGLER *v.* ATTORNEY GENERAL OF MINNESOTA.  Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question. ▪

No. 79–1156.  MILLER, SECRETARY OF THE TREASURY, ET AL. *v.* CASTLEWOOD INTERNATIONAL CORP.  C. A. 5th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *California Retail Liquor Dealers Assn.* v. *Midcal Aluminum, Inc.,* 445 U. S. 97 (1980).

No. A–969.  ANDREWS *v.* MORRIS, WARDEN.  Sup. Ct. Utah. Application for stay of execution of sentence of death, presented to MR. JUSTICE WHITE, and by him referred to the Court, granted pending the timely filing and disposition of a petition for writ of certiorari.

No. 79–1738.  NIXON *v.* FITZGERALD.  C. A. D. C. Cir. Motion of petitioner to expedite consideration of the petition for writ of certiorari denied.  MR. JUSTICE REHNQUIST took no part in the consideration or decision of this motion.

No. A–947 (79–1752).  ADAMS ET AL. *v.* UNITED STATES ET AL.  Application for stay of judgment of the United States Court of Appeals for the Eighth Circuit, addressed to MR. JUSTICE REHNQUIST and referred to the Court, denied.